```
             UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 35734
     ELIZABETH A HUCEK
     RAYMOND R HUCEK                            CHAPTER 13

                                                JUDGE: BRUCE W BLACK

            Debtor
     SSN XXX-XX-2482    SSN XXX-XX-3523
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 09/07/05 and confirmed on 01/11/06.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  49185.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME EQUITY | SECURED | .00 | .00 | .00 |
| FIA CARD SERVICES | SECURED | .00 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 14583.07 | .00 | 3820.41 |
| BECKET & LEE LLP | UNSECURED | 9662.75 | .00 | 2531.41 |
| BECKET & LEE LLP | UNSECURED | 2553.39 | .00 | 668.93 |
| BECKET & LEE LLP | UNSECURED | 11765.22 | .00 | 3082.20 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 971.52 | .00 | 254.51 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 9067.68 | .00 | 2375.51 |
| CAPITAL ONE BANK | UNSECURED | 3572.73 | .00 | 935.97 |
| CAPITAL ONE BANK | UNSECURED | 4522.24 | .00 | 1184.72 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 4874.86 | .00 | 1277.10 |
| SMC | UNSECURED | 255.15 | .00 | 66.84 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 8784.61 | .00 | 2301.36 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 11342.57 | .00 | 2971.48 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 6876.20 | .00 | 1801.40 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8271.55 | .00 | 2166.95 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 299.88 | .00 | 78.56 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| DISCOVER BANK | UNSECURED | 10796.85 | .00 | 2828.51 |
| E TRADE FINANCIAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| EXXON MOBILE | UNSECURED | NOT FILED | .00 | .00 |
| FIFTH THIRD BANK | UNSECURED | 10097.71 | .00 | 2645.36 |
| FIRST MIDWEST BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST BANKCARD CENTER | UNSECURED | NOT FILED | .00 | .00 |
| HOME DEPOT CREDIT SERVIC | UNSECURED | NOT FILED | .00 | .00 |

```
JC PENNEY                     UNSECURED      NOT FILED          .00          .00
KOHLS                         UNSECURED         765.76          .00       200.61
MARSHALL FIELD                UNSECURED         448.97          .00       117.62
ECAST SETTLEMENT CORPORA      UNSECURED        7035.88          .00      1843.23
ECAST SETTLEMENT CORPORA      UNSECURED        7823.54          .00      2049.58
NORDSTROM FSB                 UNSECURED         193.14          .00        50.60
RESURGENT CAPITAL SERVIC      UNSECURED         131.67          .00        34.49
PHILLIPS 66                   UNSECURED      NOT FILED          .00          .00
PLATINUM PLUS                 UNSECURED      NOT FILED          .00          .00
PORTFOLIO RECOVERY ASSOC      UNSECURED        8281.56          .00      2169.57
ECAST SETTLEMENT CORPORA      UNSECURED        1816.74          .00       475.94
SBC AMERITECH                 UNSECURED      NOT FILED          .00          .00
RESURGENT CAPITAL SERVIC      UNSECURED        9442.84          .00      2473.80
RESURGENT CAPITAL SERVIC      UNSECURED         202.00          .00        52.92
ROUNDUP FUNDING LLC           UNSECURED         501.57          .00       131.40
ECAST SETTLEMENT CORPORA      UNSECURED        2378.10          .00       623.00
WORLD FINANCIAL NETWORK       UNSECURED         121.52          .00        31.84
PORTFOLIO RECOVERY ASSOC      UNSECURED        7872.61          .00      2062.43
WELLS FARGO CARD SERVICE      UNSECURED        6042.71          .00      1583.04
```

Summary of disbursements:

```
                       SECURED      PRIORITY    UNSECURED        OTHER         TOTAL
TOTAL CLMS ALLOWED         .00           .00    171356.59          .00     171356.59
PRINCIPAL PAID             .00           .00     44891.29          .00      44891.29
INTEREST PAID              .00           .00          .00          .00           .00
TOTAL PAID                 .00           .00     44891.29          .00      44891.29
```

The Debtor's attorney, GROCHOCINSKI & GROCHOCINSKI   , was allowed $   2200.00 and was paid $    506.00  direct and $   1694.00  through the plan.

The Trustee received $   1969.71 .

Refunds to the Debtor totaled $    630.00 .


Dated: 12/16/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

```
                            PAGE   3
     CASE NO. 05 B 35734 ELIZABETH A HUCEK & RAYMOND R HUCEK
```